Leonard E. RIDENHOUR *v.* STATE of Arkansas

643 S.W.2d 570

Supreme Court of Arkansas
Opinion delivered December 20, 1982

*Wayland A. Parker,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. Appellant, Leonard E. Ridenhour, by his attorney, has filed for a rule on the clerk.

His attorney, Wayland A. Parker, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.